DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL J. CORSETTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3283

[February 13, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472013CF000470A.

Michael J. Corsetti, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***